UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANDREW JOSEPH HAFLER, *et al.*,

    Plaintiffs,

v.

COUNTY OF SAN LUIS OBSIPO, *et al.*,

    Defendants.

No. CV 17-5183 GW (FFM)

JUDGMENT

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: March 22, 2019

_____
GEORGE H. WU
United States District Judge